*State, Respondent, v. Cook, Petitioner,* No. 73773-8. Petition for review of a decision of the Court of Appeals, No. 50129-1-I, February 24, 2003, 115 Wn. App. 829. *Denied* September 30, 2003.

*State, Respondent, v. Arroyo-Murillo, Petitioner,* No. 73774-6. Petition for review of a decision of the Court of Appeals, No. 49904-1-I, February 10, 2003, 115 Wn. App. 1031. *Denied* September 30, 2003.

*Rogers, et al., Petitioners, v. Oliver, et al., Respondents,* No. 73776-2. Petition for review of a decision of the Court of Appeals, No. 49855-0-I, December 23, 2002, 114 Wn. App. 1074. *Denied* September 30, 2003.

*State, Respondent, v. Brown, Petitioner,* No. 73822-0. Petition for review of a decision of the Court of Appeals, No. 43893-0-I, March 3, 2003, 115 Wn. App. 1052. *Denied* September 30, 2003.

*Criss, et al., Petitioners, v. Dean, as Personal Representative, Respondent,* No. 73823-8. Petition for review of a decision of the Court of Appeals, No. 28401-4-II, March 4, 2003, 116 Wn. App. 1004. *Denied* September 30, 2003.

*Davis, Petitioner, v. City of Seattle, Respondent. Scott, Plaintiff, Norris, et al., Petitioners, v. City of Seattle, Respondent,* No. 73824-6. Petition for review of a decision of the Court of Appeals, No. 48054-5-I, December 16, 2002, 114 Wn. App. 1064. *Denied* September 30, 2003.

*State, Respondent, v. Bolton, Petitioner,* No. 73825-4. Petition for review of a decision of the Court of Appeals, No. 49342-6-I, February 24, 2003, 115 Wn. App. 1047. *Denied* September 30, 2003.